UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID DOUGLAS MOELLER,

        Petitioner,

   v.

STATE OF WASHINGTON,

        Respondent.

CASE NO. C13-5337 RJB-JRC

ORDER TO AMEND THE PETITION

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

    Petitioner names the State of Washington as respondent. The proper respondent is "the person having custody of the person detained." 28 U.S.C. § 2243. Petitioner needs to name a natural person -- not a governmental entity. This person is usually the superintendent of the facility in which petitioner is incarcerated. Petitioner's failure to name the correct party deprives

1 | this Court of personal jurisdiction. *See Stanley v. California Supreme Court*, 21 F.3d 359, 360
2 | (9th Cir. 1994).

3 | The Court Orders that petitioner file an amended petition or a motion to change the case
4 | caption. Petitioner's amended petition or motion will be due on or before June 14, 2013.

5 | Failure to comply with this order will result in a Report and Recommendation that this
6 | action be dismissed for failure to comply with a court order and lack of in personam jurisdiction
7 | over respondent.

8 | The Clerk is directed to mail a copy of this Order to petitioner and note the June 14,
9 | 2013, deadline on the Court's calendar.

10 | Dated this 10th day of May, 2013.

J. Richard Creatura
United States Magistrate Judge