UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID DOUGLAS MOELLER,

    Petitioner,

v.

MARGARET GILBERT.

    Respondent.

CASE NO. C13-5337 RJB-JRC

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 10) and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. Petitioner's application to proceed *in forma pauperis* is **DENIED** as moot because the filing fee has been paid.

DATED this 21st day of June, 2013.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER - 1